UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRITHORN BULK A/S,                           :

        Plaintiff,                          :
                                              :     **RULE 7.1**
     against                         :     **DISCLOSURE**
                                              :     **STATEMENT**
GRANELES SWITZERLAND SA,       :

       Defendant.                       :
-----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiff TRITHORN BULK A/S certifies that no publicly held corporation owns 10% or more of the Plaintiff and that the Plaintiff has the following parent companies:

1. CONTINENTAL SHIPPING ApS

2. TriKap A/S

3. Centurion Bulk Pte. Ltd.

Dated: March 23, 2023

        LENNON, MURPHY & PHILLIPS, LLC
*Attorneys for Plaintiff*
TRITHORN BULK A/S

By: */s/ Steven R. Winters*_____
    Patrick F. Lennon
    Steven R. Winters
    Kevin J. Lennon
    LENNON, MURPHY & PHILLIPS, LLC
    The Graybar Building
    420 Lexington Ave., Ste. 300
    New York, New York 10170
    (212) 490-6050 (T)
    (212) 490-6070 (F)
    pfl@lmplaw.net
    srw@lmplaw.net
    kjl@lmplaw.net